# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3511
_____

O. C-L., Father of A.S., J.Y.C.,
D.I.C., R.M.C., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

February 8, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Crystal McBee Frusciante of the Frusciante Law Firm, P.A., Sunrise; Candice K. Brower and Stephanie Price Shimer, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Sarah J. Rumph of Children's Legal Services of the Department of Children and Families, Tallahassee, for Appellee.

Thomasina Moore and Sara Elizabeth Goldfarb of the Guardian ad Litem Program, Tallahassee.